FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendant,*
*Nye County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Nye County will have a thirty-two (32-day extension of time, up to and including, January 30, 2023 (as the 30th day is Saturday, January 28, 2023), to file its answer or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial (ECF No. 1.) Defendant recently retained counsel and need additional time to evaluate and respond to the specific factual allegations in this matter.

///

///

45882140v1

1

FP 45947865.1

/ / /

Accordingly, this stipulation is sought in good faith.  This is the first request for an extension of this deadline.

Dated this 28th day of December, 2022.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: */s/ Lisa A. McClane, Esq.* <br> Lisa A. McClane, Esq. <br> Allison L. Kheel, Esq. <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant,* <br> *Nye County* | By: */s/ Brent D. Huntley, Esq.* <br> Brent D. Huntley, Esq. <br> 8275 South Eastern Avenue <br> Suite 200-220 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 28, 2022