FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendants Nye County and Sharon Wehrly*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SHARON WEHRLY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Sharon Wehrly will have an extension of time, up to and including January 30, 2023 to file her answer or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial (ECF No. 1.) Defendant Wehrly is in the process of retaining separate counsel and needs additional time to meet with that counsel to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

/ / /

1

FP 46023851.2

1   Accordingly, this stipulation is sought in good faith. This is the first request for
2   an extension of this deadline on behalf of Sharon Wehrly. Defendant Nye County was
3   previously provided the same extension.
4   Additionally, Plaintiff agrees that the Default filed on January 4, 2023 (ECF No.
5   13) will be withdrawn and the parties stipulate it may be stricken from the record.
6   Dated this 5th day of January, 2022.

FISHER & PHILLIPS, LLP                HUNTLEY LAW

By: /s/ Lisa A. McClane, Esq.         By: /s/ Brent D. Huntley, Esq.
Lisa A. McClane, Esq.                 Brent D. Huntley, Esq.
Allison L. Kheel, Esq.                8275 South Eastern Avenue
300 S. Fourth Street, Suite 1500      Suite 200-220
Las Vegas, Nevada 89101               Las Vegas, Nevada 89123
*Attorneys for Defendants Nye County  Attorneys for Plaintiff*
*and Sharon Wehrly*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

January 5, 2023
DATE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 46023851.2

2