FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 252-3131
E-Mail Address:  lmcclane@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com
*Attorney for Defendant,*
*Nye County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN,<br><br>           Plaintiffs,<br><br>     vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>           Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)**<br><br>ECF No. 20 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Nye County will have a one week extension of time, up to and including, February 28, 2023 to file its Reply in Support of Defendant's Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

1

FP 46386430.1

1    Accordingly, this stipulation is sought in good faith.  This is the first request for
2 an extension of this deadline.
3    Dated this 21st day of February, 2023.

4 | FISHER & PHILLIPS, LLP | HUNTLEY LAW

6 | By: /s/ Allison L. Kheel, Esq. | By: /s/ Brent D. Huntley, Esq.
Lisa A. McClane, Esq. | Brent D. Huntley, Esq.
7 | Allison L. Kheel, Esq. | 8275 South Eastern Avenue
300 S. Fourth Street, Suite 1500 | Suite 200-220
8 | Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123
*Attorneys for Defendant,* | *Attorneys for Plaintiff*
9 | Nye County

11                                              **ORDER**

12    IT IS SO ORDERED.

_____
14   UNITED STATES DISTRICT JUDGE

         2-24-23
15   _____
     DATE

2

FP 46386430.1