| | |
|---|---|
| 1 | FISHER & PHILLIPS LLP |
| | LISA A. MCCLANE, ESQ. |
| 2 | Nevada Bar No. 10139 |
| | ALLISON L. KHEEL, ESQ. |
| 3 | Nevada Bar No. 12986 |
| 4 | 300 S. Fourth Street, Suite 1500 |
| | Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 252-3131 |
| | E-Mail Address: lmcclane@fisherphillips.com |
| 6 | E-Mail Address: akheel@fisherphillips.com |
| 7 | *Attorney for Defendant,* |
| | *Nye County* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN, | Case No.: 2:22-cv-01861-JAD-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NYE COUNTY TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND REQUEST TO COMBINE HEARINGS ON DEFENDANTS' MOTIONS** |
| vs. | |
| NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, | **(Second Request)** |
| | **ECF No. 25** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Nye County will have an extension of time up to and including March 28, 2023 in which to file its Reply in Support of its Motion to Dismiss [ECF No. 17], or alternatively, to any later deadline set by the Court for Defendant Sharon Wehrly to file her reply in support of her separate Motion to Dismiss. [ECF No. 22].

Further, the parties request that the hearing on Nye County's Motion to Dismiss, which is currently set for March 21, 2023, be rescheduled to a later date. Defendant Sharon Wehrly filed her separate Motion to Dismiss on February 28, 2023, which has

1  not yet been fully briefed. The parties agree that judicial efficiency would be best
2  served by having these related motions heard together.
3      Additionally, counsel for the Defendant Nye County will be traveling out of the
4  Country on March 21, 2023. Therefore, the parties hereby stipulate and agree that the
5  two motions to dismiss should be heard at the same hearing, with the March 21, 2023
6  hearing on Nye County's Motion to Dismiss rescheduled to a later date to allow
7  adequate time to all parties to fully brief the motions.
8      This stipulation is sought in good faith. This is the second request for an
9  extension of Defendant Nye County's Reply deadline and the first request to extend the
10 hearing date.
11     Dated this 6th day of March, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: */s/ Allison L. Kheel, Esq.* <br> Lisa A. McClane, Esq. <br> Allison L. Kheel, Esq. <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant,* <br> *Nye County* | By: *Brent D. Huntley, Esq.* <br> Brent D. Huntley, Esq. <br> 8275 South Eastern Avenue <br> Suite 200-220 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: *Stephanie D. Bedker, Esq.*
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Sharon Wehrly*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 46525955.1

**ORDER**

Based on the parties' stipulation and with good cause appearing, IT IS ORDERED that the deadline for Nye County's reply in support of its motion to dismiss [ECF No. 17] is extended to 3/28/23, and the 3/21/23 hearing on that motion is VACATED.

The court will hear **oral argument** on Nye County's motion to dismiss and Sharon Wehrly's motion to dismiss [ECF Nos. 17, 22] **on a stacked civil-motion calendar at 2 p.m. on 4/18/23** in Courtroom 6D of the Lloyd D. George United States Courthouse. The hearing will be conducted in person. No telephonic or video appearances will be permitted.

_____
UNITED STATES DISTRICT JUDGE

**3-7-23**
_____
DATE