FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendant,*
*Nye County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN, <br><br> Plaintiffs, <br> vs. <br><br> NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01861-JAD-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NYE COUNTY TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** <br><br> **(Third Request)** <br><br> ECF No. 32 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Nye County will have an additional one week extension of time up to and including Tuesday, April 4, 2023 in which to file its Reply in Support of its Motion to Dismiss [ECF No. 17]. Counsel for Defendant has recently returned from travel abroad and requires additional time to finalize the Reply.

///

///

///

1

FP 46712893.1

This stipulation is sought in good faith. This is the third request for an extension of Defendant Nye County's Reply deadline.

Dated this 28th day of March, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: /s/ Allison L. Kheel, Esq.<br>Lisa A. McClane, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: *Brent D. Huntley, Esq.*<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: *Stephanie D. Bedker, Esq.*
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Sharon Wehrly*

## ORDER

Based on the foregoing and for good cause,

IT IS HEREBY ORDERED that Defendant Nye County shall have up to and including April 4, 2023, to file its reply in support of its motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE

March 28, 2023
DATE

FP 46712893.1