FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorney for Defendant,*
*Nye County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN, <br><br>  Plaintiffs, <br><br> vs. <br><br> NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br>  Defendants. | Case No.: 2:22-cv-01861-JAD-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NYE COUNTY AND SHARON WEHRLY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant Nye County and Defendant Sharon Wehrly will have a two week extension of time, up to and including, June 5, 2023, to file their answers or otherwise respond to Plaintiffs' Amended Complaint (ECF No. 42.) Defendants are in the process of investigating the additional allegations in Plaintiff's Amended Complaint and need additional time to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

1

FP 47182264.1

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 22nd day of May, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: */s/ Allison L. Kheel, Esq.* <br> Mark J. Ricciardi, Esq. <br> Allison L. Kheel, Esq. <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant,* <br> *Nye County* | By: */s/ Brent D. Huntley, Esq.* <br> Brent D. Huntley, Esq. <br> 8275 South Eastern Avenue <br> Suite 200-220 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiffs* |

FREEMAN MATHIS & GARY, LLP

By: */s/ Stephanie D. Bedker, Esq.*
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant,*
*Sharon Wehrly*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: May 22, 2023

FP 47182264.1