BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, and ALLEN LYNN<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye County; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, AND ALLEN LYNN TO RESPOND TO DEFENDANT NYE COUNTY'S PARTIAL MOTION TO DISMISS**<br><br>**(First Request)**  ECF No. 58 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, September 22, 2023, to file their response to Defendant Nye County's Partial Motion to Dismiss (ECF No. 54.) Plaintiffs' counsel has tried to meet the current deadline of September 13, 2023, but other obligations have prevented his ability to complete the response.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 12th day of September, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: /s/ Allison L. Kheel<br>Mark J. Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: /s/ Brent D. Huntley<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiffs* |

FREEMAN MATHIS & GARY, LLP

By: /s/ Stephanie D. Bedker
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Rd, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Sharon Wehrly*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

9-13-23
_____
DATE

**teezparalegal@gmail.com**

| | |
|---|---|
| **From:** | Kheel, Allison <akheel@fisherphillips.com> |
| **Sent:** | Tuesday, September 12, 2023 2:41 PM |
| **To:** | Stephanie Bedker |
| **Cc:** | brent huntley; Laurie Moreno; Michael Edwards; Owens, Susan; Allison Kheel |
| **Subject:** | Re: Tippetts, et al. v. Nye County, Wehrly |
| **Attachments:** | image001.jpg |

Looks good to me. You may add my e signature and file.

Thanks
Allison

Sent from my iPhone

> On Sep 12, 2023, at 2:09 PM, Stephanie Bedker <Stephanie.Bedker@fmglaw.com> wrote:
>
> **CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
>
> Brent,
>
> This looks good to me. Please file with my e-signature.
>
>
> **Stephanie Bedker**
> Attorney at Law
> **Freeman Mathis & Gary, LLP**
> 770 E Warm Springs Road | Suite 360 | Las Vegas, NV 89119
> D: 725-258-7331 | C: 702-274-5571
> Stephanie.Bedker@fmglaw.com | LinkedIn | Bio
> www.fmglaw.com | Instagram | Twitter | Facebook
>
> 
>
> AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
> Please read this important notice and confidentiality statement
>
>
> **From:** brent huntley <brent@huntleynv.com>
> **Sent:** Tuesday, September 12, 2023 2:03 PM
> **To:** Stephanie Bedker <Stephanie.Bedker@fmglaw.com>; akheel@fisherphillips.com

1

**Cc:** Laurie Moreno <Laurie.Moreno@fmglaw.com>; Michael Edwards <Michael.Edwards@fmglaw.com>
**Subject:** RE: Tippetts, et al. v. Nye County, Wehrly

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Updated version with changes accepted.

Sincerely,

**Brent D. Huntley, Esq.**
[Huntley Law](Huntley Law)
8275 S. Eastern Ave. #200-220
Las Vegas, NV 89123
(702) 849-2598
brent@huntleynv.com

This message and any attached documents contain information from Huntley Law that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message

**From:** Stephanie Bedker <Stephanie.Bedker@fmglaw.com>
**Sent:** Tuesday, September 12, 2023 1:54 PM
**To:** brent huntley <brent@huntleynv.com>; akheel@fisherphillips.com
**Cc:** Laurie Moreno <Laurie.Moreno@fmglaw.com>; Michael Edwards <Michael.Edwards@fmglaw.com>
**Subject:** RE: Tippetts, et al. v. Nye County, Wehrly