BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, and ALLEN LYNN<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye County; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, AND ALLEN LYNN TO RESPOND TO DEFENDANT NYE COUNTY'S PARTIAL MOTION TO DISMISS**<br><br>**(Second Request)** ECF No. 60 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, October 13, 2023, to file their response to Defendant Nye County's Partial Motion to Dismiss (ECF No. 54.) The parties are engaged in settlement negotiations and wish to pursue those negotiations, which involve multiple parties and different levels of approval needed, prior to incurring additional fees and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, this stipulation is sought in good faith. This is the second request for an extension of this deadline.

Dated this 21st day of September, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: */s/ Elizabeth Anne Hanson*<br>Mark J. Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: */s/Brent D. Huntley*<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: */s/ Stephanie D. Bedker*
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Rd, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Sharon Wehrly*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

9/26/23
DATE