BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, and ALLEN LYNN <br><br> Plaintiffs, <br><br> vs. <br><br> NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye County; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01861-JAD-EJY <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, AND ALLEN LYNN TO RESPOND TO DEFENDANT NYE COUNTY'S PARTIAL MOTION TO DISMISS** <br><br> **(Third Request)**   ECF No. 62 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, October 27, 2023, to file their response to Defendant Nye County's Partial Motion to Dismiss (ECF No. 54.)  The parties are continued to be engaged in settlement negotiations and have made significant progress, however, additional time is desired due to the multiple parties and different levels of approval needed.  The potential resolution depends on avoiding additional fees and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

HUNTLEY LAW
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 849-2598

Accordingly, this stipulation is sought in good faith.  This is the second request for an extension of this deadline.

Dated this 13th day of October, 2023.

FISHER & PHILLIPS, LLP                    HUNTLEY LAW


By: */s/ Mark J. Ricciardi*                    By: */s/Brent D. Huntley*
Mark J. Ricciardi, Esq.                       Brent D. Huntley, Esq.
Allison L. Kheel, Esq.                        8275 South Eastern Avenue
Elizabeth Anne Hanson, Esq.                   Suite 200-220
300 S. Fourth Street, Suite 1500              Las Vegas, Nevada 89123
Las Vegas, Nevada 89101                       *Attorneys for Plaintiff*
*Attorneys for Defendant,*
*Nye County*


FREEMAN MATHIS & GARY, LLP


By: */s/ Stephanie D. Bedker*
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Rd, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Sharon Wehrly*


### ORDER

Based on the parties' stipulation [ECF No. 62] and good cause appearing, IT IS ORDERED that **the deadline to respond to the motion to dismiss [ECF No. 54] is extended to 10/27/23.**

_____
UNITED STATES DISTRICT JUDGE

10/16/23
_____
DATE