BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, and ALLEN LYNN<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye County; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, AND ALLEN LYNN TO RESPOND TO DEFENDANT NYE COUNTY'S PARTIAL MOTION TO DISMISS**<br><br>**(Fifth Request)** ECF No. 66 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, November 17, 2023, to file their response to Defendant Nye County's Partial Motion to Dismiss (ECF No. 54.) The parties are continued to be engaged in settlement negotiations and have made significant progress, however, additional time is desired due to the multiple parties and different levels of approval needed. The potential resolution depends on avoiding additional fees and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, this stipulation is sought in good faith. This is the fifth request for an extension of this deadline.

Dated this 10th day of November, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: _s/ Mark J. Ricciardi_<br>Mark J. Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: /s/Brent D. Huntley<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: _/s/Stephanie D. Bedker_
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Rd, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Sharon Wehrly*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

_11/15/23 nunc pro tunc to 11/10/23_
DATE