BRENT D. HUNTLEY, ESQ. #12405
**Huntley Law**
8275 South Eastern Avenue, Suite 200-220
Las Vegas, Nevada 89123
Telephone: (702) 849-2598
Email: brent@huntleynv.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, and ALLEN LYNN<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye County; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01861-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS ADAM TIPPETTS, CORY FOWLES, MIKE CLEVELAND, AND ALLEN LYNN TO RESPOND TO DEFENDANT NYE COUNTY'S PARTIAL MOTION TO DISMISS**<br><br>**(Sixth Request)**<br>[ECF No. 68] |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Plaintiffs will have an extension of time, up to and including, December 1, 2023, to file their response to Defendant Nye County's Partial Motion to Dismiss (ECF No. 54.) The parties have reached a tentative settlement and are just waiting on one party to approve the final terms; however, that party is believed to be suffering from medical complications that prevents her from being able to approve the terms right now. The parties are seeking this extension to hopefully allow time for her to recover sufficiently to consent to the terms of the agreement.

/ / /

/ / /

/ / /

/ / /

Accordingly, this stipulation is sought in good faith. This is the sixth request for an extension of this deadline.

Dated this 16th day of November, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: /s/ Mark J. Ricciardi<br>Mark J. Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: /s/ Brent D. Huntley<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: /s/ Stephanie D. Bedker
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Rd, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*Sharon Wehrly*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

November 20, 2023
DATE