FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 252-3131
E-Mail Address:  mricciardi@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com
*Attorney for Defendant,*
*Nye County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TIPPETTS, CORY FOWLES, MICHAEL CLEVELAND, AND ALLEN LYNN, <br><br> Plaintiffs, <br><br> vs. <br><br> NYE COUNTY, a political entity of the State of Nevada; SHARON WEHRLY, individually and in her representative capacity as Sheriff of Nye county; DOE INDIVIDUALS I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01861-JAD-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL** <br><br> [ECF No. 70] |

IT IS HEREBY STIPULATED AND AGREED to by the parties, through their respective counsel of record, that Plaintiffs' Amended Complaint [ECF No. 42] and Defendant Sharon Wehrly's Counterclaim [ECF No. 50] be dismissed with prejudice, with each party to bear their own costs and attorneys' fees, and for this case to be closed.

/ / /

/ / /

/ / /

1

FP 48845133.1

Due to the dismissal, all pending motions and other deadlines may be vacated.

Dated this 21st day of November, 2023.

| FISHER & PHILLIPS, LLP | HUNTLEY LAW |
|---|---|
| By: /s/ Mark J. Ricciardi, Esq.<br>Mark J. Ricciardi, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Nye County* | By: /s/ Brent D. Huntley, Esq.<br>Brent D. Huntley, Esq.<br>8275 South Eastern Avenue<br>Suite 200-220<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* |

FREEMAN MATHIS & GARY, LLP

By: /s/ Stephanie D. Bedker, Esq.
Michael M. Edwards, Esq.
Stephanie D. Bedker, Esq.
770 E. Warm Springs Road, Suite 360
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*Sharon Wehrly*

## ORDER

Based on the parties' stipulation and with good cause appearing, this case is dismissed with prejudice with each party to bear its own fees and costs. Defendants' motions to dismiss **[ECF Nos. 46 and 54] are DENIED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

November 22, 2023
DATE

2

FP 48845133.1